UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY MALDONADO,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES YATES, et al.,<br><br>        Defendants. | ) Case No.: 1:11-cv-01633 - AWI- JLT (PC)<br>)<br>) ORDER TO SHOW CAUSE RE SUBMISSION OF<br>) DOCUMENTS<br>)<br>) (Doc. 13).<br>)<br>)<br>) |

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his initial complaint in this matter on July 23, 2010. (Doc. 1). On January 14, 2013, issued an order granting service of Plaintiff's Second Amended Complaint. (Doc. 13). The order required Plaintiff to complete the Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

        a.     One completed summons for <u>each</u> defendant listed above;

        b.     One completed USM-285 form for <u>each</u> defendant listed above; and

        c.     4 copies of the Second Amended Complaint filed October 12, 2012.

     The Court received the summons and USM-285 forms from Plaintiff, but did not receive the three copies of the amended complaint. Without the copies, the U.S. Marshal cannot serve Plaintiff's complaint upon defendants.

Accordingly, it is HEREBY ORDERED that **within 14 days** from the date of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's Order.  Alternatively, if Plaintiff chooses to proceed with this action, he SHALL **within the same 14-day period**, submit the four copies of his second amended complaint (one for each defendant).

**Plaintiff is advised that his failure to comply with the Court's order, will result in a recommendation that the matter be dismissed.**

IT IS SO ORDERED.

Dated:   **January 29, 2013**              /s/ Jennifer L. Thurston
                                           UNITED STATES MAGISTRATE JUDGE