UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY MALDONADO, ) | Case No.: 1:11-cv-01633 - AWI - JLT (PC) |
| Plaintiff, ) | ORDER DISCHARGING ORDER TO SHOW CAUSE DATED JANUARY 29, 2013 |
| v. ) | |
| JAMES YATES, et al., ) | (Doc. 15) |
| Defendants. ) | |

On January 29, 2013, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed for failure to prosecute and comply with the Court's order, or in the alternative to submit the copies of his Second Amended Complaint as required for service. (Doc. 15). On February 11, 2013, Plaintiff filed the copies of his Second Amended Complaint, in compliance with the Court's order.

Accordingly, **IT IS HEREBY ORDERED**: the Court's order to show cause dated January 29, 2013 (Doc. 15) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **February 21, 2013**          /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28