UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY MALDONADO,<br><br>         Plaintiff,<br><br>    v.<br><br>RUIZ, et al.,<br><br>         Defendants. | Case No.: 1:11-cv-01633 – AWI – JLT (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION TO EFFECTUATE SERVICE OF PROCESS TO DEFENDANTS JORDAN AND RUIZ<br><br>(Doc. 25) |

Plaintiff Billy Ray Maldonado ("Plaintiff") is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On July 12, 2013, the summons was returned unexecuted as to Defendants Jordan and Ruiz. (Doc. 25). The United States Marshals reported that "per CDCR litigation [they were] unable to identify" Defendants Jordan and Ruiz as the CDCR employs several officers with the last name of Jordan and Ruiz. (Doc 25).

**ORDER**

Accordingly, it is **HEREBY ORDERED** that within 14 days from the date of this order, Plaintiff **SHALL** provide additional information as to where Defendants Jordan and Ruiz may be served.

///

///

1

**Plaintiff is advised that his failure to comply with the Court's order will result in a recommendation this this matter be dismissed as to Defendants Jordan and Ruiz pursuant to Rule 4(m)**.


IT IS SO ORDERED.

Dated:   **July 15, 2013**                              /s/ Jennifer L. Thurston
                                                                   UNITED STATES MAGISTRATE JUDGE